IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | |
| Volkswagen of America, Inc., ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

**NOTICE OF FILING CONSENT DECREE**

The United States of America, gives notice of the filing of a proposed Consent Decree in the above-captioned matter between the United States and Volkswagen of America, Inc.

In accordance with the policy of the United States Department of Justice, as provided in 28 C.F.R. § 50.7, notice of the filing of this proposed Consent Decree will be published in the Federal Register to commence a thirty (30) day period for public comment. If the United States receives any public comments, it will consider and file with the Court any written comments on the proposed Consent Decree along with its response to such comments. In accordance with 28 C.F.R. §50.7 the United States may withdraw or withhold its consent to the proposed Consent Decree if the comments disclose facts or considerations which indicate that the proposed Consent Decree is inappropriate, improper, or inadequate. Thus, at the conclusion of the thirty day public comment period, the United States will either notify the Court of its withdrawal of consent to the proposed Consent Decree, or respond to the comments and move this Court to sign and enter the proposed Consent Decree.

DATED:     June 15, 2005

                                        Respectfully submitted,

                                        KELLY A. JOHNSON, D.C. Bar # 431714
                                        Acting Assistant Attorney General
                                        Environment and Natural Resources Division
                                        U.S. Department of Justice
                                        10th & Pennsylvania Avenue, N.W.
                                        Washington, D.C. 20530

_/s/_

JEREL L. ELLINGTON, Colorado Bar # 9696
Senior Counsel
Environmental Enforcement Section
United States Department of Justice
999 18th Street, Suite 945NT
Denver, CO 80202
Telephone: (303) 312-7321


KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney for the District of Columbia

_/s/_

R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone:  (202) 514-7566

_/s/_

KEITH V. MORGAN, D.C. Bar #422665
Assistant U. S. Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone:  (202) 514-7566


OF COUNSEL:

ANGELA E. FITZGERALD
Attorney, D.C. Bar # 413290
Air Enforcement Division
Office of Regulatory Enforcement
Office of Enforcement and Compliance Division
1200 Pennsylvania Avenue, N.W.
Mailcode 2242A
Washington, D.C. 20004
Telephone: (202) 564-1018

# CERTIFICATE OF SERVICE

I certify that on June 15th, 2005, I caused a copy of the **NOTICE OF LODGING OF CONSENT DECREE,** the **COMPLAINT,** and **CONSENT DECREE** to be served via postage prepaid, first class U.S. Mail on the following:

Kevin M. McDonald, Esq.
Associate Counsel
Volkswagen of America, Inc.
3800 Hamlin Road
Auburn Hills, MI 48326

Norbert Krause
Director, Engineering and Environmental Office
Volkswagen of America, Inc.
3800 Hamlin Road
Auburn Hills, MI 48326