Case 1:05-cv-01193-GK    Document 2-3    Filed 11/04/2005    Page 1 of 2



**U.S. Department of Justice**

Environment and Natural Resources Division

BSG:JLE
90-5-2-1-8311

*Jerel ("Jerry") L. Ellington*  *Telephone:(303) 312-7321*
*Senior Counsel*  *Facsimile: (303) 312-7331*
*Environmental Enforcement Section*
*999 18th Street, Suite 945N*
*Denver, CO 80202*

E-mail: Jerry.L.Ellington@USDOJ.gov

September 13, 2005

<u>VIA FAX NO. (703) 848-4586</u>

Kevin L. Fast, Esq.
8300 Boone Blvd.
Suite 528
Vienna, VA 22182

RE:  <u>United States v. Volkswagen of America, Inc.</u>
     Civil Action No. 1:05-CV-01193-GK (D. D.C.)

Dear Mr. Fast:

    We received your August 12, 2005 letter and comments therein submitted on behalf of your client, Afton Chemical Corporation, regarding the proposed Consent Decree with Volkswagen of America, Inc. The Department of Justice solicited comments on the proposed decree by the notice published on July 14, 2005 at 70 Fed. Reg. 40734-35.

    It has come to my attention that you may not have seen the final language of Paragraph 2.d. of Appendix B attached to the Consent Decree as it was lodged with the court. That paragraph provides as follows:

> d. Notwithstanding the above, VWoA shall not be exempt from compliance with 40 C.F.R. § 85.1903, or any regulation amending or replacing it. Until such time that 40 CFR 85.1903 is amended or replaced, VWoA shall in accordance with 40 C.F.R. § 85.1903 file an EDIR with EPA whenever VWoA determines that a specific Emission-related Defect exists in twenty-five or more vehicles or engines of the same model year.

    Shortly before lodging the proposed consent decree, the United States and Volkswagen of America, Inc., agreed to the preceding language. But apparently a prior version of Appendix B to the decree, containing the following provision – noted in italics – was mistakenly posted on the Department of Justice web site and in the Consent Decree Library:

> d. *Notwithstanding the above, VWoA shall submit an EDIR to EPA whenever VWOA determines, in accordance with 40 C.F.R. § 85.1903 until such time that EPA may amend or replace such regulation, that a specific Emission-related Defect exists in twenty-five or more vehicles or engines of the same model year.*

1:05-cv-01193-GK

**Exhibit B**

      To clarify, the paragraph first quoted above is the correct one that would become effective upon the court's approval and entry of the second decree. The italicized paragraph is not the final version, and should not have been given to you. I apologize for the confusion.

      Please let me know at your earliest convenience if this correction affects your client's comments on the proposed decree.

                              Sincerely,

                              Jerel ("Jerry") L. Ellington

cc:    Angela Fitzgerald, Esq.
       Tom Ball