IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 1:05-CV-01193-GK |
| | ) | |
| Volkswagen of America, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER APPROVING CONSENT DECREE**

THIS MATTER having come before the Court upon the Motion to Enter Consent Decree by Plaintiff, the United States of America, together with a Memorandum of Points and Authorities supporting such motion; and

WHEREAS in response to the published notice of the lodging of the Consent Decree the United States received comments from Afton Chemical Corporation (appended to the government's Memorandum of Points and Authorities); and

WHEREAS the United States represents that such comments did not disclose facts or considerations indicating that the Consent Decree is inappropriate, improper, or inadequate, and further that such comments did not alter the United States' determination that the Consent Decree is fair, reasonable, and consistent with the statutory scheme of Title II of the Clean Air Act, 42 U.S.C. § 7521 et seq.; and

WHEREAS the Court has considered the United States' Memorandum of Points and Authorities, including its response to comments on the Consent Decree, and the Court finds that the settlement is fair, adequate, reasonable, and appropriate under the particular facts and that there has been valid consent by the United States and defendant Volkswagen of America, Inc.;

WHEREFORE the Court approves and has signed the Consent Decree which shall be entered as a final judgment in this matter.

/s/
UNITED STATES DISTRICT COURT JUDGE

DATE: November 10, 2005

Persons to Be Notified Upon Approval of Motion:

    Jerel L. Ellington
    Senior Counsel
    Environmental Enforcement Section
    United States Department of Justice
    999 18th Street, Suite 945NT
    Denver, CO 80202

    Keith V. Morgan
    Assistant U. S. Attorney
    Judiciary Center Building
    555 Fourth Street, N.W.
    Washington, D.C. 20530

    Norbert Krause
    Director, Engineering and Environmental Office
    Volkswagen of America, Inc.
    3800 Hamlin Road
    Auburn Hills, MI 48326

    Kevin M. McDonald, Esq.
    Associate Counsel
    Volkswagen of America, Inc.
    3800 Hamlin Road
    Auburn Hills, MI 48326