IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 1:05-CV-01193-GK |
| ) | |
| Volkswagen of America, Inc., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF CHANGE OF ADDRESS AND TELEPHONE/FACSIMILE NUMBERS

Pursuant to LCvR 11.1, please be advised that the United States of America, by and through its undersigned attorney, hereby gives notice of change in mailing address and telephone/facsimile numbers for Jerel L. Ellington. Effective from May 1, 2006, Jerel L. Ellington's contact information is:

> Jerel L. Ellington
> Senior Counsel
> U.S. Department of Justice
> Environment and Natural Resource Division
> Environmental Enforcement Section
> 1961 Stout Street - 8th Floor
> Denver, CO  80294
> Phone: (303) 844-1363
> Fax: (303) 844-1350
> Email: Jerry.L.Ellington@usdoj.gov

Dated: April 24, 2006

                                        Respectfully submitted,

                                        /s/ Jerel L. Ellington
                                        JEREL L. ELLINGTON Colorado Bar # 9696
                                        Senior Counsel
                                        U.S. Department of Justice
                                        Environment and Natural Resource Division
                                        Environmental Enforcement Section
                                        999 18th Street, Suite 945N
                                        Denver, CO  80202

                    Phone: (303) 312-7321
                    Fax: (303) 312-7331
                    Email: Jerry.L.Ellington@usdoj.gov


                    KENNETH L. WAINSTEIN, D.C. BAR # 451058
                    United States Attorney for the District of Columbia


                    KEITH V. MORGAN, D.C. Bar #422665
                    Assistant U. S. Attorney
                    Judiciary Center Building
                    555 Fourth Street, N.W.
                    Washington, D.C. 20530
                    Telephone: (202) 514-7566


<u>OF COUNSEL</u> :

ANGELA E. FITZGERALD
D.C. Bar # 413290
Attorney, Air Enforcement Division
Office of Regulatory Enforcement
Office of Enforcement and Compliance Division
1200 Pennsylvania Avenue, N.W.
Mailcode 2242A
Washington, D.C. 20004
Telephone: (202) 564-1018

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2006, a true and correct copy of the foregoing **Notice of Change of Address and Telephone/Facsimile Numbers** was mailed, postage prepaid, to the following:

>Norbert Krause
>Director, Engineering and Environmental Office
>Volkswagen of America, Inc.
>3800 Hamlin Road
>Auburn Hills, MI 48326
>
>Kevin M. McDonald, Esq.
>Associate Counsel
>Volkswagen of America, Inc.
>3800 Hamlin Road
>Auburn Hills, MI 48326

>/s/ Jerel L. Ellington
>JEREL L. ELLINGTON, Colorado Bar # 9696
>Senior Counsel
>Environmental Enforcement Section
>United States Department of Justice
>999 18th Street, Suite 945NT
>Denver, CO 80202
>Telephone: (303) 312-7321